IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ERCELL MANUEL, JR., | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | CIVIL ACTION NO. 12-0207-CG-N |
| ROBERT DANFORD, | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 1, 2013 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 6th day of December, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE