IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERCELL MANUEL, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0207-CG-N |
| | ) |
| ROBERT DANFORD, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner Ercell Manuel, Jr.'s successive habeas corpus petition (Doc. 4) be **DISMISSED with PREJUDICE** for lack of jurisdiction due to his failure to comply with 28 U.S.C. § 2244(b)(3)(A).

Further, the petitioner is not entitled to a certificate of appealability and is therefore not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 6th day of December, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE